UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JUDGE KARESH, et al.,<br><br>    Defendants. | Case No. 18-cv-02154-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/19/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge