UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JUDGE KARESH, et al.,<br><br>    Defendants. | Case No. 18-cv-02154-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendants and close the file.

**IT IS SO ORDERED.**

Dated: 3/14/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge