UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JUDGE KARESH, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02154-HSG<br><br>**ORDER DENYING AS MOOT MOTION TO JOIN WANNA CURTIS AS PLAINTIFF**<br><br>Re: Dkt. No. 36 |

On March 14, 2019, the Court dismissed this action with prejudice. Dkt. Nos. 34 and 35. Before receiving the order of dismissal and judgment, Plaintiff filed a motion seeking to join Wanna Curtis as a plaintiff in this action. Dkt. No. 36. This motion is DENIED as moot as the action has already been dismissed with prejudice.

This order terminates Dkt. No. 36. This case remains closed.

**IT IS SO ORDERED.**

Dated: 3/18/2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge